| | |
|---|---|
| | ___ Priority |
| | _✓_ **Send** |
| UNITED STATES DISTRICT COURT | ___ Clsd |
| CENTRAL DISTRICT OF CALIFORNIA | ___ Enter |
| | ___ JS-5/JS-6 |
| CIVIL MINUTES -- GENERAL | ___ JS-2/JS-3 |
| | ___ Scan Only |

Case No.   CV 04-01172 DDP (AJWx)                    Dated: December 8, 2005

Title:   j2 GLOBAL COMMUNICATIONS, INC. -v- VENALI, INC.,

===================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the **MARKMAN HEARING** will be held on the original date of January 13, 2006 at the new time of *10:00 a.m.*



MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL -- GEN