1   LAW OFFICE OF STEVEN M. GOLDSOBEL
    STEVEN M. GOLDSOBEL (SBN 166405)
2   1900 Avenue of the Stars, Suite 1800
    Los Angeles, CA 90067
3   Telephone: 310-552-4848
    Facsimile: 310-552-9291
4

5   CAREY RODRIGUEZ GREENBERG & PAUL, LLP
    JOHN C. CAREY (Admitted *Pro Hac Vice*)
6   Email: jcarey@crgplaw.com
    DOUGLAS L. O'KEEFE (Admitted *Pro Hac Vice*)
7   Email: dokeefe@crgplaw.com
8   1395 Brickell Avenue, Suite 700
    Miami, FL 33131
9   Telephone: 305-372-7474
    Facsimile: 305-372-7475
10

11  *Attorneys for Defendant Venali, Inc.*

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14

15  J2 GLOBAL                      )   Case No. CV 04-1172 DDP (AJWx)
    COMMUNICATIONS, INC.,          )
16                                 )   **DECLARATION OF ALLISON J.**
              Plaintiff,           )   **CAMMACK IN SUPPORT OF**
17                                 )   **VENALI, INC.'S OPPOSITION TO j2**
                                   )   **GLOBAL COMMUNICATIONS,**
18  v.                             )   **INC.'S MOTION TO LIFT STAY**
                                   )
19                                 )   Date: April 20, 2009
                                   )   Time: 10:00 a.m.
20  VENALI, INC.,                  )   Judge: Hon. Dean D. Pregerson
                                   )
21            Defendant.           )
                                   )
22  _____    )

23      I, Allison J. Cammack, declare as follows:

24      1.    I am an associate with the law firm of Carey Rodriguez Greenberg &

25  Paul, LLP, counsel to Venali, Inc. in this action.  This declaration is in support of

26  Venali, Inc.'s Opposition to j2 Global Communications, Inc.'s Motion to Lift Stay.

27  Unless otherwise stated, I have personal knowledge of and can testify to the facts

28  stated herein.

2.    Attached as Exhibit A is a true and correct copy of the Ex Parte Reexamination Certificate for U.S. Patent No. 6,208,638, issued by the U.S. Patent & Trademark Office ("PTO"), dated December 9, 2008.

3.    Attached as Exhibit B is a true and correct copy of a Notice of Intent to Issue a Reexam Certificate for U.S. Patent No. 6.350,066, issued by the PTO, dated February 6, 2009.

I hereby declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of April, 2009 in Miami, Florida.

_____
Allison J. Cammack