AO 120 (Rev. 2/99)

| TO: | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|
| Commissioner of Patents and Trademarks<br>Washington, DC 20231 | |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV04-1172 DDP (AJWx) | DATE FILED<br>2/20/04 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>j2 Global Communications, Inc.<br>6922 Hollywood Boulevard, Suite 500<br>Los Angeles, California 90028 | | DEFENDANT<br>Venali, Inc.<br>1680 Michigan Avenue, Suite 1014<br>Miami, Florida 33139 |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,208,638 B1 | 3/27/01 | j2 Global Communications, Inc. |
| 2  6,597,688 B2 | 7/22/03 | j2 Global Communications, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

DOCKETED ON CM  FEB 25 2004  BY  019

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 9/8/10    order dismissing action with prejudice |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>L Chai | DATE<br>9/8/10 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    XX Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy